FILED
CLERK, U.S. DISTRICT COURT

MAR 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOSEPH KEARNEY<br><br>Defendant. | 5: 25- MJ - 139<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓)   the appearance of defendant as required; and/or

(B) ( )    the safety of any person or the community.

//

//

1     The court concludes:

2  A.     ( )     Defendant poses a risk to the safety of other persons or the community

3                 because defendant has not demonstrated by clear and convincing

4                 evidence that:

5     _____

6     _____

7     _____

8     _____

9

10  (B)    (✓)    Defendant is a flight risk because defendant has not shown by clear

11                and convincing evidence that:

12                • Allegation of absconding from

13                  Supervision

14                - Submission to detention

15                _____

16

17     IT IS ORDERED that defendant be detained.

18

19  DATED: ___3/20/25___

20

21

22

23     _____
                    DAVID T. BRISTOW
24         UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2